Alice L. Bossert, as Administratrix, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Appointment of Committee on Character and Fitness of Applicants for Admission to the Bar.— Hon. John D. Kernan of Utica appointed to fill the vacancy in the Fifth Judicial District, caused by the death of Fred G. Fincke.

John T. Roberts, Respondent, v. John Sturdy, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Carrie Wagner v. International Railway Company and Another.— Appeal dismissed, without costs, upon stipulation filed.

Fred M. Locke, Appellant, v. Vernon E. Taylor and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Guillaume A. Mann, Appellant, v. Ezra G. Bentley and Others, Respondents.— Judgment and order affirmed, with costs. All concurred.

Bernard A. Schweid and Harry A. Schweid, Respondents, v. Carl W. Storandt, Appellant.— Judgment and order affirmed, with costs. All concurred.

Geneva Mineral Springs Company, Respondent, v. Charles A. Steele, Appellant, impleaded with Eva Hemiup, as Executrix, etc., of Charles N. Hemiup, Deceased, and Others, Respondents, and Others.— It appearing that there are not four justices qualified to sit in this appeal, the same is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

The City of Fulton, Respondent, v. George B. Deuel and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Order to be settled before McLennan, P. J., on two days' notice. (Kruse and Foote, JJ., dissented.)

Andrew Ozogar, Appellant, v. Pierce, Butler, & Pierce Manufacturing Company, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Monarch Road Roller Company, Respondent, v. Stewart-Kerbaugh-Shanley Company, Appellant. Francis B. Shea, Respondent, v. George L. Tyler, Appellant. In the Matter of the Probate of the Last Will and Testament of Maria Whitelocke, Deceased. Charles L. Davies and Another, Appellants, v. Delaware, Lackawanna and Western Railroad Company, Respondent.—The foregoing cases having been twice reached in their regular order and passed, are dismissed under general rule 39.